United States Bankruptcy Court

Middle District of Florida

In re:                                                                                          Case No. 26-00616-LVV

Sheri Lynn Grant                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: Dntcdfnc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

**Recip ID                    Recipient Name and Address**
db                              +  Sheri Lynn Grant, 104 Pop Johnson Drive, Apt 214, Orlando, FL 32810-4195

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

**Name                            Email Address**

Laurie K Weatherford
                                         ecfdailysummary@c13orl.com

United States Trustee - ORL7/13, 7
                                         USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 2

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:26–bk–00616–LVV
                                                                Chapter 13

Sheri Lynn Grant


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On January 30, 2026, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Orlando Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date–stamped and filed on the date the Clerk's Office receives them – not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $34.00 amendment fee and provide proof of service of the Notice of Chapter 13 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b), or filed an unsigned Chapter 13 Plan. Debtor must file a Debtor–signed Chapter 13 Plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed. A link to the Court's Model Plan is available on the Court's website at https://www.flmb.uscourts.gov/proguide/documents.asp?ID=287

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

FOR THE COURT

Dated: February 2, 2026

Jose A Rodriguez , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.