United States Bankruptcy Court

Middle District of Florida

| In re: | Case No. 26-00616-LVV |
|---|---|
| Sheri Lynn Grant | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: 6ocdmrc | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Lynn Grant, 104 Pop Johnson Drive, Apt 214, Orlando, FL 32810-4195 |
| 32210376 | + | CC Bank, PO Box 202093, PO Box 202093, Dallas, TX 75320-2093 |
| 32188246 | | Inscribe, 100 Zora Way, Orlando, FL 32810 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32202595 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2026 22:59:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 32188245 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2026 23:01:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 32188153 | Email/Text: BNC_Notices@floridarevenue.com | Mar 02 2026 22:58:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 32188154 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2026 23:00:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 32202102 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 23:04:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32224593 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2026 23:04:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 32188152 | + Email/Text: Bankruptcy@octaxcol.com | Mar 02 2026 23:00:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 32217661 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2026 23:01:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2026 | Form ID: 6ocdmrc | Total Noticed: 11 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Laurie K Weatherford | |
| | ecfdailysummary@c13orl.com |
| United States Trustee - ORL7/13, 7 | |
| | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 2

[6ocdmrc] [ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

**Dated: March 2, 2026**

Lori V Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26–bk–00616–LVV
Chapter 13

Sheri Lynn Grant

_____Debtor*_____/

ORDER CONDITIONALLY DENYING MOTION TO REINSTATE CASE

THIS CASE came on for consideration on the Debtor's Motion to Reinstate Case (Document No. 18 ). After reviewing the record, the Court finds that the Motion is Conditionally Denied, as the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as indicated below.

Chapter 13 Plan

Accordingly, it is

ORDERED:

1. If the debtor(s) do not file appropriate documents with the Court within 28 days of the entry of this order, Motion is denied without further notice of hearing.

2. If the debtor(s) do file timely documents, the Court will review the pleadings and enter appropriate order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.